```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


ALBERICI CORPORATION,              )
                                   )
              Plaintiff,           )
                                   )
GARY DAVIS,                        )
                                   )
        Plaintiff-Intervenor,      )
                                   )
          vs.                      )         No.  4:04-CV-545 CEJ
                                   )
HELEN E. DAVIS,                    )
                                   )
              Defendant.           )
```

**ORDER**

    **IT IS HEREBY ORDERED** that plaintiff-intervenor Gary Davis shall file, **not later than August 25, 2006**, a verified, itemized statement of the attorneys fees he is claiming in this action.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2006.